**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC,<br><br>Petitioner,<br><br>v.<br><br>VICTOR SHKOLNIKOV and IGOR VELYUNSKIY,<br><br>Respondents. | Civil Action No. ___________________<br><br>**PETITION TO CONFIRM ARBITRATION AWARD** |

Petitioner Movement Mortgage, LLC ("Movement" or "Petitioner"), by and through the undersigned attorneys, hereby submits this Petition to Confirm Arbitration Award ("Petition") against Respondents Victor Shkolnikov and Igor Velyunskiy (together, "Respondents"). Petitioner prevailed against Respondents in an employment dispute arbitrated before the American Arbitration Association, as set forth in the Final Award dated July 27, 2026. Movement now seeks and order (1) confirming the Final Award under Section 9 of the Federal Arbitration Act ("FAA") and (2) entering judgment thereon pursuant to Section 13 of the FAA.

This the 2nd day of November, 2026.

*s/ G. Bryan Adams, III*
G. Bryan Adams III (N.C. Bar No. 17307)
VAN HOY, REUTLINGER, ADAMS, PIERCE & TISDALE, PLLC
737 East Boulevard
Charlotte, North Carolina 28203
Telephone: 704-375-6022
Fax: 704-375-6024
Email: bryan.adams@vraptlaw.com

*ATTORNEYS FOR PETITIONER MOVEMENT MORTGAGE, LLC*